ACCEPTED
15-25-00043-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 12:43 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00043-CV

IN THE COURT OF APPEALS FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 12:43:32 PM
CHRISTOPHER A. PRINE
Clerk

THE CONSERVATION SOCIETY OF SAN ANTONIO AND LEWIS VETTER,
*Appellants*

V.

THE UNIVERSITY OF TEXAS AT SAN ANTONIO AND
THE CITY OF SAN ANTONIO
*Appellees.*

On Appeal from Cause No. 2025CI07382
In the 408th Judicial District Court of Bexar County, Texas
Hon. District Judge Tina Torres

**APPELLEES' JOINT RESPONSE OF NON-OPPOSITION
TO APPELLANTS' MOTION FOR DISMISSAL**

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS

Appellees The University of Texas at San Antonio and The City of San Antonio file this Joint Response of Non-Opposition to Appellants' Motion for Dismissal and respectfully show the Court the following:

1. Appellants have moved, pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, for a voluntary dismissal of their appeal.

2.      Appellees are not opposed to, and ask that the Court expeditiously grant, Appellants' Motion for Dismissal.

3.      Appellees state that the granting of Appellants' Motion and the resulting dismissal of their appeal will not prevent a party from seeking relief to which it would otherwise be entitled. Tex. R. App. P. 42.1(a)(1).

4.      There is no agreement regarding costs. Appellees ask that the Court tax costs against Appellants pursuant to Rule 42.1(d).

Respectfully submitted,

/s/ *Matthew Baumgartner*
Matthew Baumgartner
State Bar No. 24062605
mbaumgartner@abaustin.com
Guillermo A. Alarcon
State Bar No. 24099176
galarcon@abaustin.com
**ARMBRUST & BROWN, PLLC**
100 Congress Avenue, Suite 1300
Austin, Texas 78701
Telephone:  (512) 435-2300
Facsimile:  (512) 435-2360

And

*/s/ Steve Chiscano*
**STEVE A. CHISCANO**
State Bar No. 24001882
schiscano@gcaklaw.com
**NADEEN ABOU-HOSSA**

4931-3891-2326, v. 1

State Bar No. 24115449
nabou-hossa@gcaklaw.com
**GONZALEZ, CHISCANO, ANGULO &
KASSON, P.C.**
9601 McAllister Freeway, Suite 401
San Antonio, Texas 78216
Telephone No. (210) 569-8500
Telecopier No. (210) 569-8490

**ATTORNEYS FOR APPELLEE
THE UNIVERSITY OF TEXAS AT
SAN ANTONIO**

Donna McElroy
Texas State Bar No. 13582050
dmcelroy@dykema.com
Katy Jo Richards
Texas State Bar No. 2412380
KRichards@dykema.com
**DYKEMA GOSSETT PLLC**
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
Telephone: (210) 554-5500
Facsimile: (210) 226-8395

**ATTORNEYS FOR APPELLEE
THE CITY OF SAN ANTONIO**

4931-3891-2326, v. 1

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2025, the foregoing was e-filed and sent via electronic service to all counsel of record.

Arturo I. Martinez De Vara
martinezdevara@gmail.com
Charles Sierra
charles@sierraspears.com
David E. Campa, of Counsel
david@mdv.law
THE MARTINEZ DE VARA LAW
FIRM, PLLC
13940 Benton City Rd
Von Ormy, TX 78073

Robert W. Wilson
rww@sanchezwilson.com
Mark Anthony Sanchez
mas@sanchezwilson.com
6243 IH-10 West, Suite 1025
San Antonio, Texas 78201

Donna McElroy
dmcelroy@dykema.com
Katy Jo Richards
KRichards@dykema.com
DYKEMA GOSSETT PLLC
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205

4931-3891-2326, v. 1

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 101212336
Filing Code Description: Response
Filing Description: Appellees Joint Response of Non-Opposition to Appellants Motion for Dismissal
Status as of 5/23/2025 1:27 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arturo IMartinez de Vara | | martinezdevara@gmail.com | 5/23/2025 12:43:32 PM | SENT |
| Robert W.Wilson | | rww@sanchezwilson.com | 5/23/2025 12:43:32 PM | SENT |
| Martha Adams | 871490 | martha@madamslaw.com | 5/23/2025 12:43:32 PM | SENT |
| Steve Chiscano | 24001882 | schiscano@gcaklaw.com | 5/23/2025 12:43:32 PM | SENT |
| Mark Sanchez | 795857 | mas@sanchezwilson.com | 5/23/2025 12:43:32 PM | SENT |
| Donna McElroy | 13582050 | dmcelroy@dykema.com | 5/23/2025 12:43:32 PM | SENT |
| Matthew Baumgartner | 24062605 | mbaumgartner@abaustin.com | 5/23/2025 12:43:32 PM | SENT |
| Guillermo Alarcon | 24099176 | galarcon@abaustin.com | 5/23/2025 12:43:32 PM | SENT |
| Charles Sierra | | charles@sierraspears.com | 5/23/2025 12:43:32 PM | SENT |
| Nadeen Abou-Hossa | 24115449 | nabou-hossa@gcaklaw.com | 5/23/2025 12:43:32 PM | SENT |
| Katelyn Richards | 24125380 | krichards@dykema.com | 5/23/2025 12:43:32 PM | SENT |
| Ariel Velasquez | | avelasquez@dykema.com | 5/23/2025 12:43:32 PM | SENT |
| Donna KayMcElroy | | dmcelroy@dykema.com | 5/23/2025 12:43:32 PM | SENT |
| Misty Spears | | misty@sierraspears.com | 5/23/2025 12:43:32 PM | SENT |
| Terri Gould | | mdvlawparalegal@gmail.com | 5/23/2025 12:43:32 PM | SENT |
| David Campa | | david@mdv.law | 5/23/2025 12:43:32 PM | SENT |
| Carol Qualls | | cqualls@dykema.com | 5/23/2025 12:43:32 PM | SENT |
| Martha Adams | | madams@abaustin.com | 5/23/2025 12:43:32 PM | SENT |